The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| ADAM NUNN and CLAIRE NUNN, a married couple and their marital community, Plaintiffs, v. USAA CASUALTY INSURANCE COMPANY, Defendant. | Case No. 2:21-cv-00559-BJR<br><br>ORDER ON STIPULATED REQUEST TO MODIFY FACT AND EXPERT DISCOVERY DEADLINES ONLY |
|---|---|

This Court, having considered the parties' stipulated request to modify the discovery schedule in this matter, grants the following modifications for good cause shown:

| **EVENT** | *CURRENT* **DATE** | *PROPOSED* **DATE** |
|---|---|---|
| Fact Discovery Cutoff | April 6, 2022 | June 4, 2022 |
| Deadline for Expert Reports | March 7, 2022 | May 6, 2022 |

All other deadlines, scheduling orders, and the trial deadlines not modified by the above shall remain in place as previously set.

IT IS SO ORDERED

Dated: February 24, 2022

s/Barbara J. Rothstein
Barbara Jacobs Rothstein
United States District Judge